AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

          Plaintiff,

v.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN
SUISSE CAPITAL, INC., a New York
corporation,

          Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-21809

CIV - COOKE

/ McALILEY

TO:  Registered Agent
c/o AMERICAN SUISSE CAPITAL, LTD.
400 E. 90th Street
Suite 11 A
New York, NY 10128

     **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, **John F. O'Sullivlan, Esq.,** and **Francisco A. Rodriguez, Esq.,** Akerman Senterfitt, SunTrust International Center, One Southeast Third Avenue, 28th Floor, Miami, Florida 33131; telephone number (305) 374-5600, an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE: JUL 2 0 2004

CLARENCE MADDOX
CLERK OF THE COURT

(BY) DEPUTY CLERK

{M2132092;3}