AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

              Plaintiff,

v.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN
SUISSE CAPITAL, INC., a New York
corporation,

              Defendants.
_____/

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-21

CIV-COOKE

/ McALILEY

TO:    Registered Agent
        c/o AMERICAN SUISSE CAPITAL, INC.
        400 E. 90th Street
        Suite 11 A
        New York, NY 10128

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY, **John F. O'Sullivlan, Esq.**, and **Francisco A. Rodriguez, Esq.**, Akerman Senterfitt, SunTrust International Center, One Southeast Third Avenue, 28th Floor, Miami, Florida 33131; telephone number (305) 374-5600, an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE:    JUL 2 0 2004

                                CLARENCE MADDOX
                                CLERK OF THE COURT

                                (BY) DEPUTY CLERK

{M2132092;4}

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

              Plaintiff,

v.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN
SUISSE CAPITAL, INC., a New York
corporation,

              Defendants.
_____/

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-21809

CIV-COOKE

/ McALILEY

TO: Registered Agent
c/o AMERICAN SUISSE CAPITAL, LTD.
400 E. 90th Street
Suite 11 A
New York, NY 10128

      YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, **John F. O'Sullivlan, Esq.**, and **Francisco A. Rodriguez, Esq.**, Akerman Senterfitt, SunTrust International Center, One Southeast Third Avenue, 28th Floor, Miami, Florida 33131; telephone number (305) 374-5600, an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DATE: **JUL 2 0 2004**

CLARENCE MADDOX
CLERK OF THE COURT

(BY) DEPUTY CLERK

{M2132092;3}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

04-21809

CASE NO.:

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

       Plaintiff,
vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

       Defendants.

_____/

CIV - COOKE



## COMPLAINT

Plaintiff, Algodonera de las Cabezas, S.A., ("Algodonera") hereby sues American Suisse Capital, Ltd., and American Suisse Capital, Inc., and alleges as follows:

### PARTIES

1. Algodonera is a Spanish corporation with its principal place of business in Sevilla, Spain.

2. American Suisse Capital, Ltd. is a New York corporation with its principal place of business at 400 E. 90th Street, Suite 11 A, New York, New York 10128.

3. American Suisse Capital, Inc. is a New York corporation with its principal place of business at 400 E. 90th Street, Suite 11 A, New York, New York 10128.

4. Upon information and belief, each of the American Suisse Capital entities sued herein is the alter ego of the other. The entities participated in their dealings with Algodonera interchangeably and acted as one entity during the course of these negotiations.

{M2100260;1}

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1332(c) inasmuch as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the action is between a citizen of a State and a citizen of a foreign state.

6. This Court has personal jurisdiction over Defendant American Suisse Capital, Ltd. on the grounds that it has an office in this district and is engaged in business directed to or within the State of Florida.

7. This Court has personal jurisdiction over Defendant American Suisse Capital, Inc. on the grounds that it has an office in this district and is engaged in business directed to or within the State of Florida.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) and (c), because Defendants are deemed to reside in this district as they are subject to personal jurisdiction in the Southern District of Florida.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

9. In or about June of 2003, following extensive discussions and negotiations, the Defendants represented to Algodonera that they were ready, willing, and able to sell to Algodonera approximately $50 Million Dollars in sovereign bonds issued by the Republica Bolivariana de Venezuela.

10. In reliance of these representations, Algodonera (a) incurred substantial expense in order to carry out the transaction, including a financing commitment fee and interest expense on funds borrowed to conclude the transaction and (b) on or about June 9, 2003, entered into an agreement with Defendants, confirmed in writing, requiring Defendants to sell and deliver to

{M2100260;1}                                   2

Algodonera the bonds. A true and correct copy of the written agreement is attached hereto as Exhibit "A."

11. Pursuant to the terms of the agreement between the parties, Defendants were to provide the bonds to Algodonera in two tranches. Defendants were to deliver the first tranche within seventy two hours after Algodonera accepted the Defendants' offer.

12. Despite numerous demands by Algodonera, Defendants failed to provide the bonds.

13. As a result of Defendant's failure to provide the bonds, Algodonera has been deprived of the opportunity to receive the interest payments due on the bonds and/or to reap profits from changes in the value of the bonds.

14. All conditions precedent to the filing of this action have been waived, fulfilled, and or excused.

15. Algodonera has retained the law firm of Akerman Senterfitt to represent it in this action. Algodonera is obligated to pay Akerman Senterfitt its reasonable attorney's fees and costs incurred in the prosecution of this matter.

## COUNT I – BREACH OF CONTRACT

16. Paragraphs 1 through 15, inclusive, are incorporated herein by reference.

17. On or about June 9, 2003, Algodonera entered into an agreement with Defendants whereby Defendants were required to sell and deliver the bonds to Algodonera.

18. Defendants materially breached the agreement by failing and refusing to provide the bonds.

19. Algodonera has fully performed all of its obligations in accordance with the agreement.

20. As a direct and proximate result of Defendants' breach, Algodonera has been damaged.

**WHEREFORE**, Plaintiff Algodonera de las Cabezas, S.A. demands judgment against Defendants for compensatory, general, consequential, and incidental damages, interest, attorneys' fees, costs, and such other relief as this Court deems just and proper.

## COUNT II – NEGLIGENT MISREPRESENTATION

21. Paragraphs 1 through 15, inclusive, are incorporated herein by reference.

22. In or about June 2003, Defendants made representations of material fact to Algodonera concerning the Venezuela bond transaction including the representation that Defendants were ready, willing, and able to deliver the bonds.

23. Defendants should have known that these representations were false.

24. Defendants intended and were aware that these representations would induce Algodonera to act in reliance thereon.

25. To its detriment, Algodonera reasonably relied on the false representations of Defendants.

26. Algodonera was misled by Defendants' misrepresentations and has been damaged as a result.

**WHEREFORE**, Plaintiff, Algodonera de las Cabezas, S.A. respectfully demands judgment in its favor and against Defendants for damages, together with attorneys' fees and costs, and such other and further relief as may be just and proper.

Respectfully submitted,

**AKERMAN SENTERFITT**
Attorneys for Plaintiff
SunTrust International Center
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax No.: (305) 374-5095

By: _____
John F. O'Sullivan, Esq.
Florida Bar No.: 143154
Francisco A. Rodriguez, Esq.
Florida Bar No.: 0653446

Date: 7-19-04

# EXHIBIT "A"



# CORPORATE OFFER

To:

Date:             June 9, 2003
Buyers Code:
Transaction Code:    ASC/VSN/50MM/060903

I, Nelson Balbona, Director of American Suisse Capital LTD. (hereinafter ASC), under full penalty of perjury, hereby confirm with full corporate and legal responsibility, that we are ready, willing and able to negotiate the following Promissory Notes derived from good, clean and cleared funds, wholly derived from legal sources, under the therein described terms and conditions:

| | |
|---|---|
| CURRENCY | US Dollars |
| INSTRUMENT | Sovereign Notes, Republica Bolivariana de Venezuela |
| ISSUE DATE / AGE | December 31, 2002, Seasoned |
| MATURITY DATE | June 31, 2004 |
| INTEREST RATE | 14.5% per year paid semi-annually in June and December |
| TERM | Eighteen Months (1 and 1/2 years) |
| ISSUER | Republica Bolivariana de Venezuela |
| CONTRACT SIZE | Fifty Million U.S. Dollars with possible roll-over to Fifty-Five Million U.S. Dollars |
| LEGAL FORM | Beneficiary Assignment |
| TAXES AND LEVIES | None |
| PAYMENT MODE | Bank to Bank via SWIFT wire transfer |
| PRICE | Ninety percent (90%) of face value |
| DENOMINATIONS | May Vary with size of tranche |
| FIRST TRANCHE | Fifteen Million U.S. Dollars (slight variation possible of plus or minus 10%) |
| FIRST TRANCHE DATE | Within seventy two hours (72 hours) from the execution and signing of this offer |
| SECOND TRANCHE | Thirty-Five Million U.S. Dollars (variation of plus or minus 10% possible) |

PROCEDURES:

1. Buyer signs this Corporate Offer within twenty-four hours with his information, Banking and Authorization for the purchase of the First Tranche.
2. ASC provides Buyer with First Tranche of the Sovereign Notes and order for buyer to receive the corresponding interest payment due in June of 2003 upon payment by Buyer.

3. ASC's Bank Officer will send via bank bonded courier the originals to Buyer's Banking coordinates within seventy-two hours of payment by Buyer.
4. Within ten days thereafter, Buyer submits authorization for the purchase of the Second Tranche for an amount equal to Thirty-Five Million U.S. Dollars (variation of plus or minus 10% possible)
5. Steps number two and three are repeated for the second tranche.

**Client's financial institution for this transaction:**

| | |
|---|---|
| **Bank Name** | : FIRST MERCHANT BANK |
| **A/C Name** | : ALGODONERA DE LAS CABEZAS S. A. |
| **A/C Number** | : 34-3-10-1251 |
| **Branch Number** | : MAIN OFFICE LEFKOSA/NICOSIA - NORTH CYPRUS |
| **SWIFT / ABA** | : 0607-57376 FMBA TK |
| **Bank Officer** | : Mr. CENK ERMIYA / Mr. METE FADIL |
| **Tel. Number** | : 90-392-2275373 |

**Provider's financial institution for this transaction:**

| | |
|---|---|
| **Bank Name** | : U B S |
| **Bank Address** | : |
| **A/C Name** | : AMERICAN SUISSE CAPITAL LTD. |
| **A/C Number** | : G Y - 43442 |
| **Branch Number** | : MAIN OFFICE NEW YORK |
| **SWIFT / ABA** | : 026-007-993 |
| **Bank Officer** | : STEFANO FANFANI |
| **Tel. Number** | : (305) 379-5889 |

We look forward to sending the requisite documents as mentioned above.

AGREED AND ACCEPTED BY BUYER THIS NINTH DAY OF JUNE, 2002
ALGODONERA DE LAS CABEZAS S. A.
ALGODONERA DE LAS CABEZAS S.J
(ALBESA)

NAME: NICOLAS ROMERO
PASSPORT #: 31631231-K

Witness to Buyer
Print Name: Juana Isabel Campos

SIGNED BY PROVIDER THIS NINTH DAY OF JUNE, 2003
NAME: NELSON BALBONA
PASSPORT #:

Witness to Provider
Print Name: Jose Aleman

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.)

**I(a) PLAINTIFFS**

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation

**DEFENDANTS**  CIV - COOKE

AMERICAN SUISSE CAPITAL, LTD., a New York corporation; AMERICAN SUISSE CAPITAL, INC., a New York corporation

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)

Dade   04-21809 CV COOKE

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

McAllen

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

John F. O'Sullivan and Francisco A. Rodriguez, Esq.
Akerman Senterfitt
One S.E. Third Ave., 28th Floor
Miami, FL 33131-1714
Tel: (305) 374-5600

**ATTORNEYS (IF KNOWN)**

04 JUL 20  PM 3:55
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)

1. ☐ U.S. Government Plaintiff
2. ☐ U.S. Government Defendant
3. ☐ Federal Question (U.S. Government Not a Party)
4. ☒ Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only) (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated and Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** ~~28 U.S.C. § 1335~~  Breach of Contract, Negligent Misrepresentation

**IVa.** 2 day estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | | | ☐ 620 Other Food & Drug | ☐ 423 withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | | **A PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395f) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 710 Fair Labor Standards Act | ☐ RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | | | ☐ 720 Labor Management Relations B | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | **A FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ Motions to Vacate Sentence Habeas Corpus | ☐ Railway Labor Act | | ☐ 890 Other Statutory Actions* * A or B |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus and Other* | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights * A or B | | | |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ Original Proceeding   ☐ Removed from State Court   ☐ Remanded from Appellate Court   ☐ Refiled   ☐ Transferred from another district (specify)   ☐ 6. Multidistrict Litigation   ☐ Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23   **CLASS ACTION**   **DEMAND $**   ☐ Check YES only if demanded in complaint   **JURY DEMAND:** ☐ yes ☒ no

**VIII. RELATED CASE(S) IF ANY**   (See Instructions   JUDGE_____   JUDGE_____

DATE  July 19, 2004   SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT   FOR OFFICE USE ONLY: Receipt No. 904871   Amount $150.00   M/ifp:_____

07/20/04

{M2132109;1}