UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,
vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.
_____/



## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, Algodonera de las Cabezas, S.A., ("Algodonera"), through its undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests the Clerk of the Court to enter a default against the Defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc. (the "Defendants") for failure to serve any responsive pleading or paper on the undersigned, to file any such paper or pleading, or to plead or otherwise defend against this action as provided by the Federal Rules of Civil Procedure. In support thereof, Algodonera states as follows:

1.     The Defendants were served with the summons and the complaint in this action on October 5, 2004. True and correct copies of the Affidavits of Service are attached hereto as Exhibit A.

2.     None of the Defendants has filed or served any responsive pleading or paper within the time provided under the Federal Rules of Civil Procedure. None of the Defendants



{M2172170;1}

has sought or received any extension of time within which to file or serve any responsive pleading. Accordingly, a default should be entered against the Defendants. Proposed clerk defaults against Defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc. are attached hereto as Exhibit B, and Exhibit C respectively.

## CERTIFICATION BY ATTORNEY

**I HEREBY CERTIFY** that no copy of an answer or any other pleading or motion of the Defendants in the above-styled case has been served upon the Plaintiff or its undersigned attorney at the time of filing this Motion. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**AKERMAN SENTERFITT**
Attorneys for Plaintiff
SunTrust International Center
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax No.: (305) 374-5095

By: _____
John F. O'Sullivan, Esq.
Florida Bar No.: 143154
Francisco A. Rodriguez, Esq.
Florida Bar No.: 0653446

{M2171684;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by certified mail to: American Suisse Capital, Ltd. and American Suisse Capital, Inc. at 1414 N.W. 107th Avenue, #406, Miami, Florida 33172; 400 E. 90th Street, Suite 11 A, New York, New York 10128; and 5811 S.W. 92nd Court, Miami, Florida 33173.

*[signature]*
Attorney

{M2171684;1}

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

ALGODONERA DE LAS CABEZAS, S.A.

       Plaintiff (s),

vs.

AMERICAN SUISSE CAPITAL, LTD.,
AMERICAN SUISSE CAPITAL, INC.

       Defendant (s),

Case Number: 04-21809 CIV-COOKE

Type of Writ: SUMMONS & COMPLAINT

Court Date: W/I 20 DAYS

Reference #: 2208

**VERIFIED RETURN OF SERVICE**

For:
JOHN F. O'SULLIVAN, ESQ.
AKERMAN SENTERFITT & EIDSON, PA
1 S.E. 3rd Avenue, 28 Floor
Miami, Fl 33131

This process was received by PRECISION PROCESS SERVICE on 7/20/04 at 5:00 p.m.  I JAMES P. FRIEL #1223 executed service on 10/5/04 at 9:10 AM on AMERICAN SUISSE CAPITAL, INC. at 5811 S.W. 92 CT., MIAMI, FL.

CORPORATE SERVICE: By serving the within named corporation by delivering a true copy of this writ with the date and hour endorsed thereon by me to NELSON BALBONA as REGISTERED AGENT.

COMMENTS: 1st ADDRESS WAS 400 E. 90 ST., #11-A, NEW YORK, N.Y. - UNKNOWN HERE.  2nd ADDRESS WAS NEW YORK SECRETARY OF STATE - OUT OF STATE DOCUMENTS NOT ACCEPTED HERE. 3rd ADDRESS WAS 1414 N.W. 107 AVE. # 406, MIAMI, FL -"A MORTGAGE SOLUTION USA INC" HERE.  THEY STATE THAT DEFENDANT RENTS SPACE HERE, BUT ARE SELDOM HERE. PROVIDED NAME & NUMBER OF CONTACT: NELSON BALBONA, 786-277-4040.

I am a Certified Process Server in good standing in the Judicial Circuit in which this process was served and I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

          JAMES P. FRIEL   #1223

*PRECISION PROCESS SERVICE*
*P.O. Box 56-2573*
*Miami, Fl 33256*
*(305) 255-1325*

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

ALGODONERA DE LAS CABEZAS, S.A.

       Plaintiff (s),

vs.

AMERICAN SUISSE CAPITAL, LTD.,
AMERICAN SUISSE CAPITAL, INC.

       Defendant (s).

Case Number: 04-21809 CIV-COOKE

Type of Writ: SUMMONS & COMPLAINT

Court Date: W/I 20 DAYS

Reference #: 2284

AMENDED & VERIFIED RETURN OF SERVICE

For:
JOHN F. O'SULLIVAN, ESQ.
AKERMAN SENTERFITT & EIDSON, PA
1 S.E. 3rd Avenue, 28 Floor
Miami, Fl 33131

This process was received by PRECISION PROCESS SERVICE on 7/20/04 at 4:00 p.m. I JAMES P. FRIEL #1223 executed service on 10/5/04 at 9:10 AM on AMERICAN SUISSE CAPITAL, LTD. at 5811 S.W. 92 CT., MIAMI, FL.

CORPORATE SERVICE: By serving the within named corporation by delivering a true copy of this writ with the date and hour endorsed thereon by me to NELSON BALBONA as REGISTERED AGENT.

COMMENTS: 1st ADDRESS WAS 400 E. 90 ST., #11-A, NEW YORK, N.Y. – UNKNOWN HERE. 2nd ADDRESS WAS NEW YORK SECRETARY OF STATE – OUT OF STATE DOCUMENTS NOT ACCEPTED HERE. 3rd ADDRESS WAS 1414 N.W. 107 AVE. # 405, MIAMI, FL –"A MORTGAGE SOLUTION USA INC" HERE. THEY STATE THAT DEFENDANT RENTS SPACE HERE, BUT ARE SELDOM HERE. PROVIDED NAME & NUMBER OF CONTACT: NELSON BALBONA, 786-277-4040.

I am a Certified Process Server in good standing in the Judicial Circuit in which this process was served and I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

                  JAMES P. FRIEL #1223

PRECISION PROCESS SERVICE
P.O. Box 56-2573
Miami, Fl 33256
(305) 255-1325

**EXHIBIT "B"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

      Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

      Defendants.

_____/

## CLERK'S DEFAULT AGAINST DEFENDANT AMERICAN SUISSE CAPITAL, LTD.

It appearing that the Defendant, American Suisse Capital, Ltd., is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law. Default is entered against Defendant, American Suisse Capital, Ltd., as of course, on this date _____, 2004.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
        Deputy Clerk

Copies furnished to:
All parties and counsel of record.

{M2171693;2}

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

## CLERK'S DEFAULT AGAINST DEFENDANT AMERICAN SUISSE CAPITAL, INC.

It appearing that the Defendant, American Suisse Capital, Inc., is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law, Default is entered against Defendant, American Suisse Capital, Inc., as of course, on this date _____, 2004.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk

Copies furnished to:
All parties and counsel of record.

{M2171693;1}