UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

ALGODONERA DE LAS CABEZAS, S.A.

       Plaintiff(s),

vs.

AMERICAN SUISSE CAPITAL, LTD.,
AMERICAN SUISSE CAPITAL, INC.

       Defendant(s),

Case Number: 04-21809 CIV-COOKE

Type of Writ: SUMMONS & COMPLAINT

Court Date: W/I 20 DAYS

Reference #: 2284

**AMENDED & VERIFIED RETURN OF SERVICE**

For:
JOHN F. O'SULLIVAN, ESQ.
AKERMAN SENTERFITT & EIDSON, PA
1 S.E. 3rd Avenue, 28 Floor
Miami, Fl 33131

This process was received by PRECISION PROCESS SERVICE on 7/20/04 at 5:00 p.m.  I JAMES P. FRIEL #1223 executed service on 10/5/04 at 9:10 AM on AMERICAN SUISSE CAPITAL, LTD. at 5811 S.W. 92 CT., MIAMI, FL.

CORPORATE SERVICE: By serving the within named corporation by delivering a true copy of this writ with the date and hour endorsed thereon by me to NELSON BALBONA as REGISTERED AGENT.

COMMENTS: 1st ADDRESS WAS 400 E. 90 ST., #11-A, NEW YORK, N.Y. - UNKNOWN HERE.  2nd ADDRESS WAS NEW YORK SECRETARY OF STATE - OUT OF STATE DOCUMENTS NOT ACCEPTED HERE. 3rd ADDRESS WAS 1414 N.W. 107 AVE. # 406, MIAMI, FL -"A MORTGAGE SOLUTION USA INC" HERE.  THEY STATE THAT DEFENDANT RENTS SPACE HERE, BUT ARE SELDOM HERE. PROVIDED NAME & NUMBER OF CONTACT: NELSON BALBONA, 786-277-4040.

I am a Certified Process Server in good standing in the Judicial Circuit in which this process was served and I have no interest in the above action.  Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

JAMES P. FRIEL  #1223

*PRECISION PROCESS SERVICE
P.O. Box 56-2573
Miami, Fl 33256
(305) 255-1325*