UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-21809-CIV-COOKE/MCALILEY

ALGODONONERA DE LAS CABEZAS, S.A.,
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,



FILED by _____ D.C.
MGC
NOV - 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant **[DE 8]**, on **November 2, 2004**. Upon review of the record, it appears that Defendant has indeed failed to answer or otherwise respond to the complaint. Therefore, it is:

**ORDERED AND ADJUDGED** that

1. Plaintiff shall submit a *Motion for Default Final Judgment* no later than **November 26, 2004**, that includes affidavits of the amount due by Defendant and any other supporting documentation necessary to determine the measure of damages. Plaintiff shall send a copy of the motion to Defendant's counsel or to Defendant, if Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to where it was sent.



3. Plaintiff's failure to file for the Motion for Entry of Default Final Judgment within the specified time will result in a **dismissal without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2004.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies provided to:
The Honorable Magistrate Judge Chris M. McAliley
John F. O'Sullivan, Esq.