FILED by _____ D.C.
ELECTRONIC

Nov 26 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

## MOTION FOR DEFAULT FINAL JUDGMENT
## AND SUPPORTING MEMORANDUM OF LAW

Plaintiff, Algodonera de las Cabezas, S.A. ("Algodonera"), through its undersigned counsel and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and the Court's Order on Default Final Judgment Procedure, hereby respectfully requests the Court to enter a default final judgment against defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc. (the "Defendants"), jointly and severally, and in support thereof shows as follows:

    1.    Although duly served with the summons and a copy of the complaint in this action, the Defendants failed to file any papers as required. Accordingly, the Clerk of the Court entered defaults against the Defendants on November 2, 2004. True and correct copies of the defaults are attached hereto as Exhibit "A" and incorporated herein by reference.

{M2177946;1}

2. Defendant's default conclusively established the truth of all of the factual allegations contained in the complaint. See, e.g., Miller v. Paradise of Port Richey, Inc., 75 F. Supp. 2d 1342 (M.D. Fla. 1999).

3. Therefore, Plaintiff is entitled to damages for the wrongs described in the complaint. The Affidavit of Nicolas Romero Garcia evidences that Algodonera has sustained damages in the amount of $14,510,000 as a result of the Defendants' failure to deliver the bonds they were contractually obligated to furnish to Algodonera. More specifically, the affidavit of Mr. Romero Garcia establishes that the Defendants' breach has deprived Algodonera of the opportunity to receive a total of $10,875,000 in interest payments due on the bonds, as well as an additional profit of $5,000,000 based upon the difference between the discounted purchase price of the bonds and their face value. Further, the affidavit of Mr. Romero Garcia shows that Algodonera would have incurred a total of $875,000 in expenses to carry out the bonds transaction at issue, resulting in a net loss to Algodonera of $14,510,000. See Affidavit of Nicolas Romero Garcia attached hereto as Exhibit "B" and incorporated herein by reference.

4. Accordingly, a default final judgment including interest should be entered against the Defendants. A proposed order granting this motion is attached hereto as Exhibit "C." A proposed final judgment is attached hereto as Exhibit "D."

**WHEREFORE**, Plaintiff, Algodonera de las Cabezas, S.A. respectfully requests that this Court enter a default final judgment in its favor and against defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc., jointly and severally,

{M2177946;1}

together with such further and other relief as the Court may deem warranted under applicable law.

Respectfully submitted,

**AKERMAN SENTERFITT**
Attorneys for Plaintiff
SunTrust International Center
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax No.: (305) 374-5095


By:/s/ John F. O'Sullivan
  John F. O'Sullivan, Esq.
  Florida Bar No.: 143154
  Francisco A. Rodriguez, Esq.
  Florida Bar No.: 0653446


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on November 26, 2004 by mail to: American Suisse Capital, Ltd. and American Suisse Capital, Inc. at 1414 N.W. 107th Avenue, #406, Miami, Florida 33172; 400 E. 90th Street, Suite 11 A, New York, New York 10128; and 5811 S.W. 92nd Court, Miami, Florida 33173.

/s/ John F. O'Sullivan
Attorney

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

FILED by _____ D.C.
NOV 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CLERK'S DEFAULT AGAINST DEFENDANT AMERICAN SUISSE CAPITAL, INC.

It appearing that the Defendant, American Suisse Capital, Inc., is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law, Default is entered against Defendant, American Suisse Capital, Inc., as of course, on this date _Nov 2_, 2004.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk

Copies furnished to:
All parties and counsel of record.

{M2171693;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,
vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.
_____/



## CLERK'S DEFAULT AGAINST DEFENDANT
## AMERICAN SUISSE CAPITAL, LTD.

It appearing that the Defendant, American Suisse Capital, Ltd., is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law. Default is entered against Defendant, American Suisse Capital, Ltd., as of course, on this date _Nov 2_, 2004.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk

Copies furnished to:
All parties and counsel of record.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S A
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC , a New York corporation,

    Defendants.
_____/

## DECLARATION OF NICOLÁS ROMERO GARCÍA

1. My name is Nicolás Romero García. I am over 18 years of age and I am competent to testify regarding the matters in this affidavit as of my own personal knowledge.

2. I am Director-Manager at Algodonera de las Cabezas, S.A. ("Algodonera").

3. In or about June of 2003, following extensive discussions and negotiations, American Suisse Capital, Ltd. and American Suisse Capital, Inc. ("American Suisse") represented to Algodonera that they were ready, willing, and able to sell to Algodonera approximately $50 Million Dollars in sovereign bonds issued by the Republica Bolivariana de Venezuela.

ALGODONERA DE LAS CABEZAS, S.A.
(ALBESA)
P.P.

{M2182294;1}

4. The American Suisse Capital entities participated in their dealings with Algodonera interchangeably and acted as one entity during the course of these negotiations.

5. On or about June 9, 2003, Algodonera entered into an agreement with American Suisse, confirmed in writing, requiring the American Suisse to sell and deliver to Algodonera the bonds. Pursuant to the terms of the agreement between the parties, American Suisse was to provide the bonds to Algodonera in two tranches. A true and correct copy of the written agreement is attached hereto as Exhibit "A" (the "Agreement").

6. In reliance of these representations, Algodonera incurred a total of $490,000.00 in expenses necessary to carry out the transaction, including a financing commitment fee and interest expense on funds borrowed to conclude the transaction.

7. Despite numerous demands by Algodonera, American Suisse failed to provide the bonds.

8. As a result of American Suisse's failure to provide the bonds, Algodonera has been deprived of the opportunity to receive a total of $15,875,000 in interest and other payments subsequently made by the Venezuelan government to holders of the bonds, calculated as follows:

(a) The bonds were offered under the Agreement at a discount of 10% from their face value, but were to be redeemed upon maturity at full face value. The difference between face value ($50,000,000) and the discounted price in the Agreement ($45,000,000) is $5,000,000.

(b) As provided in the Agreement, the bonds accrued interest at 14.50% per annum and were to mature June 30, 2004.

(c) Under the Agreement, Algondonera was to receive the interest payments payable on the face value of the bonds as follows:

{M0182294;1}

| | |
|---|---|
| (i) For the period ending June 30, 2003 (under the Agreement, Algodonera was to receive the entire payment) | $3,625,000 |
| (ii) For the period ending December 31, 2003: | $3,625,000 |
| (iii) For the period ending June 30, 2004 | $3,625,000 |
| Total interest: | $10,875,000 |

9. Algodonera has calculated the total costs associated with its participation in the bond transaction to be approximately $875,000.- Accordingly, the net loss suffered by Algodonera due to the defendant's failure to perform the bond transaction is $14,510,000.-

10. Algodonera has retained the law firm of Akerman Senterfitt to represent it in this action. Algodonera is obligated to pay Akerman Senterfitt its reasonable attorney's fees and costs incurred in the prosecution of this matter.

11 Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 24 de noviembre de 2.004

ALGODONERA DE LAS CABEZAS, S.A.
(ALBESA)
P.P.

Nicolás Romero García

{M2192294;1}

# EXHIBIT A

05/02/2004  13:52   956847580                    ALBESA                               PAG.

*No. de Entrada*



# CORPORATE OFFER

**To:**

**Date:**              June 9, 2003
**Buyers Code:**
**Transaction Code:**  ASC/VSN/50MM/060903

I, Nelson Balbona, Director of American Suisse Capital LTD. (hereinafter ASC), under full penalty of perjury, hereby confirm with full corporate and legal responsibility, that we are ready, willing and able to negotiate the following Promissory Notes derived from good, clean and cleared funds, wholly derived from legal sources, under the therein described terms and conditions:

| | | |
|---|---|---|
| **CURRENCY** | : | US Dollars |
| **INSTRUMENT** | : | Sovereign Notes, Republica Bolivariana de Venezuela |
| **ISSUE DATE / AGE** | : | December 31, 2002, Seasoned |
| **MATURITY DATE** | : | June 31, 2004 |
| **INTEREST RATE** | : | 14.5% per year paid semi-annually in June and December |
| **TERM** | : | Eighteen Months (1 and 1/2 years) |
| **ISSUER** | : | Republica Bolivariana de Venezuela |
| **CONTRACT SIZE** | : | Fifty Million U.S. Dollars with possible roll-over to Fifty-Five Million U.S. Dollars |
| **LEGAL FORM** | : | Beneficiary Assignment |
| **TAXES AND LEVIES** | : | None |
| **PAYMENT MODE** | : | Bank to Bank via SWIFT wire transfer |
| **PRICE** | : | Ninety percent (90%) of face value |
| **DENOMINATIONS** | : | May Vary with size of tranche |
| **FIRST TRANCHE** | : | Fifteen Million U.S. Dollars (slight variation possible of plus or minus 10%) |
| **FIRST TRANCHE DATE** | : | Within seventy two hours (72 hours) from the execution and signing of this offer |
| **SECOND TRANCHE** | : | Thirty-Five Million U.S. Dollars (variation of plus or minus 10% possible) |

**PROCEDURES:**

1. Buyer signs this Corporate Offer within twenty-four hours with his information, Banking and Authorization for the purchase of the First Tranche.
2. ASC provides Buyer with First Tranche of the Sovereign Notes and order for buyer to receive the corresponding interest payment due in June of 2003 upon payment by Buyer.

05/02/2004  13:52    956847580                    ALBESA                                      PAG.  02

3. ASC's Bank Officer will send via bank bonded courier the originals to Buyer's Banking coordinates within seventy-two hours of payment by Buyer.
4. Within ten days thereafter, Buyer submits authorization for the purchase of the Second Tranche for an amount equal to Thirty-Five Million U.S. Dollars (variation of plus or minus 10% possible)
5. Steps number two and three are repeated for the second tranche.

**Client's financial institution for this transaction:**

| | |
|---|---|
| Bank Name | : FIRST MERCHANT BANK |
| A/C Name | : ALGODONERA DE LAS CABEZAS S. A. |
| A/C Number | : 34-3-10-1251 |
| Branch Number | : MAIN OFFICE LEFKOSA/NICOSIA - NORTH CYPRUS |
| SWIFT / ABA | : 0607-57376 FMBA TK |
| Bank Officer | : Mr. CENK ERMIYA / Mr. METE FADIL |
| Tel. Number | : 90-392-2276373 |

**Provider's financial institution for this transaction:**

| | |
|---|---|
| Bank Name | : U B S |
| Bank Address | : |
| A/C Name | : AMERICAN SUISSE CAPITAL LTD. |
| A/C Number | : G Y - 43442 |
| Branch Number | : MAIN OFFICE NEW YORK |
| SWIFT / ABA | : 026-007-993 |
| Bank Officer | : STEFANO FANFANI |
| Tel. Number | : (305) 379-5669 |

We look forward to sending the requisite documents as mentioned above.

AGREED AND ACCEPTED BY BUYER THIS NINTH DAY OF JUNE, 2002
ALGODONERA DE LAS CABEZAS S. A.
      ALGODONERA DE LAS CABEZAS, S.A
          (ALBESA)

NAME: NICOLAS ROMERO                            Witness to Buyer
PASSPORT #: 31631231-K                          Print Name: Juana Isabel Campos


SIGNED BY PROVIDER THIS NINTH DAY OF JUNE, 2003
NAME: NELSON BALBONA                            Witness to Provider
PASSPORT #:                                     Print Name: Jose Aleman

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Final Default Judgment, and the Court, having reviewed the relevant submissions and being fully advised in the premises it is hereby ORDERED AND ADJUDGED as follows:

(1)    Plaintiff's Motion is GRANTED.

(2)    Plaintiff is entitled to a final default judgment against defendants, jointly and severally, in the amount of $14,510,000, which shall be entered separately.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Mcaliley
       All counsel and parties of record

{M2177947;1}

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

## FINAL JUDGMENT

Final judgment is hereby entered in favor Algodonera de las Cabezas, S.A., and against defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc. in the amount of $14,510,000, for which let execution issue.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2004.

                                                                      UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Mcaliley
       All counsel and parties of record

{M2177949;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

      Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

      Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Final Default Judgment, and the Court, having reviewed the relevant submissions and being fully advised in the premises it is hereby ORDERED AND ADJUDGED as follows:

(1)    Plaintiff's Motion is GRANTED.

(2)    Plaintiff is entitled to a final default judgment against defendants, jointly and severally, in the amount of $14,510,000, which shall be entered separately.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2004.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Mcaliley
       All counsel and parties of record

{M2177947;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

### FINAL JUDGMENT

Final judgment is hereby entered in favor Algodonera de las Cabezas, S.A., and against defendants American Suisse Capital, Ltd. and American Suisse Capital, Inc. in the amount of $14,510,000, for which let execution issue.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2004.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Mcaliley
        All counsel and parties of record

{M2177949;1}