

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

## DECLARATION OF NICOLÁS ROMERO GARCÍA

1.    My name is Nicolás Romero García. I am over 18 years of age and I am competent to testify regarding the matters in this affidavit as of my own personal knowledge.

2.    I am Director-Manager at Algodonera de las Cabezas, S.A. ("Algodonera").

3.    In or about June of 2003, following extensive discussions and negotiations, American Suisse Capital, Ltd. and American Suisse Capital, Inc. ("American Suisse ") represented to Algodonera that they were ready, willing, and able to sell to Algodonera approximately $50 Million Dollars in sovereign bonds issued by the Republica Bolivariana de Venezuela.

ALGODONERA DE LAS CABEZAS, S.A.
(ALBESA)
P.P.

{M2182294:1}

4. The American Suisse Capital entities participated in their dealings with Algodonera interchangeably and acted as one entity during the course of these negotiations.

5. On or about June 9, 2003, Algodonera entered into an agreement with American Suisse, confirmed in writing, requiring the American Suisse to sell and deliver to Algodonera the bonds. Pursuant to the terms of the agreement between the parties, American Suisse was to provide the bonds to Algodonera in two tranches. A true and correct copy of the written agreement is attached hereto as Exhibit "A" (the "Agreement").

6. In reliance of these representations, Algodonera incurred a total of $490,000.00 in expenses necessary to carry out the transaction, including a financing commitment fee and interest expense on funds borrowed to conclude the transaction.

7. Despite numerous demands by Algodonera, American Suisse failed to provide the bonds.

8. As a result of American Suisse's failure to provide the bonds, Algodonera has been deprived of the opportunity to receive a total of $15,875,000 in interest and other payments subsequently made by the Venezuelan government to holders of the bonds, calculated as follows:



    (a) The bonds were offered under the Agreement at a discount of 10% from their face value, but were to be redeemed upon maturity at full face value. The difference between face value ($50,000,000) and the discounted price in the Agreement ($45,000,000) is $5,000,000.

    (b) As provided in the Agreement, the bonds accrued interest at 14.50% per annum and were to mature June 30, 2004.

    (c) Under the Agreement, Algondonera was to receive the interest payments payable on the face value of the bonds as follows:

{M2182294:1}

|     |                                                                                                              |              |
| --- | ------------------------------------------------------------------------------------------------------------ | ------------ |
| (i) | For the period ending June 30, 2003 (under the Agreement, Algodonera was to receive the entire payment)      | $3,625,000   |
| (ii)| For the period ending December 31, 2003:                                                                     | $3,625,000   |
| (iii)| For the period ending June 30, 2004:                                                                        | $3,625,000   |
|     | Total interest:                                                                                              | $10,875,000  |

9. Algodonera has calculated the total costs associated with its participation in the bond transaction to be approximately $875.000.- Accordingly, the net loss suffered by Algodonera due to the defendant's failure to perform the bond transaction is $14.510.000.-

10. Algodonera has retained the law firm of Akerman Senterfitt to represent it in this action. Algodonera is obligated to pay Akerman Senterfitt its reasonable attorney's fees and costs incurred in the prosecution of this matter.

11. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 24 de noviembre de 2.004          ALGODONERA DE LAS CABEZAS, S.A.
                                                    (ALBESA)
                                          P.P.

                                          Nicolás Romero Garcia

{M2182294;1}