YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX!

Just complete and return the request form below and you will receive notice of orders and judgments within hours of their entry. It's FREE and it's FAST!

NOTE: If you are no longer an attorney on this case, please disregard this notice.

American Suisee
5811 S.W 92nd Court
Miami, FL   33173 -



1:04-cv-21809 #16 - |Cooke
2 page(s).
02/10/2005

## AUTHORIZATION FOR E-NOTICING

I hereby authorize the Clerk of Court for the Southern District of Florida to transmit notification of judgments, orders, and hearings by facsimile in any case in which this capability exists and I appear as attorney of record. I understand this electronic transmission will be in lieu of notice by mail. The following telephone number is designated for facsimile transmission:

Fax Phone# _____     Firm Name _____

Phone #   _____     Attorney Name _____

Florida Bar# _____     Street Address _____

Signature _____     City,State,Zip _____

List of My Active Case #'s _____

---

FAX this completed form to the Clerk's Office at (305) 523-5209.
For information please call our E-NOTICING help line at (305) 523-5212.

NOTICE: Only certain Judges are E-NOTICING, so you must continue to provide envelopes for cases before non-participating Judges. Call the help line above for the list of participating judges.
NOTICE: Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, firm, or fax number. A notification should be sent for each of your active cases.

Control #: CV-fax_40D-28680      MAIL RETURNED
                                 AS UNDELIVERABLE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-21809-CIV-COOKE/MCALILEY

ALGONDONERA DE LAS CADEZAS, S.A.
a Spanish corporation

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
A New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.
_____/



FILED by _____ D.C.
MGC
FEB - 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING HEARING

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Default Judgment [DE 12], filed November 26, 2004. The Court having reviewed the Motion and the record in this matter, it is hereby,

**ORDERED and ADJUDGED** that a hearing on Plaintiff's Default Motion shall take place before the undersigned, United States District Judge Marcia G. Cooke, at the United States Courthouse, 301 N. Miami Ave., Miami, Florida 33128 on **Friday, February 11, 2005, at 3:00 p.m.** Plaintiff must be prepared to provide sufficient documentation to verify the judgment requested. Defendant, on the other hand, must inform the Court by **Wednesday, February 9, 2005**, if it will be in attendance.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of February, 2005.

                                          MARCIA G. COOKE
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Chris M. McAliley



John F. O'Sullivan, Esq.
Fax No.: (305) 374-5095

American Suisse Capital, Ltd. &
American Suisse Capital, Inc.
1414 N.W. 107th Avenue, #406
Miami, FL 33172

400 E. 90th Street, Suite 11 A
New York, NY 10128

5811 S.W. 92nd Court
Miami, FL 33173