UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 04-21809-CIV-COOKE/MCALILEY

ALGONDONERA DE LAS CADEZAS, S.A.
a Spanish corporation

    Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
A New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.
_____/



## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS MATTER** is before the Court upon Plaintiff's Motion for Reconsideration of Court's Order Dismissing Case on the Basis of Improper Venue ("Motion") [DE 20]. The Court having reviewed Plaintiff's Motion, and having carefully assessed Plaintiff's views and arguments, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration is **DENIED**. The Court notes that Plaintiff's Motion for Reconsideration was viewed as a means by which Plaintiff presented its position as to why this case should stay in the Southern District of Florida.[1] Being unconvinced, however, by Plaintiff's arguments, the Court's Order dated February 28, 2005 stands.

---

[1] "In the absence of a waiver, a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving parties an opportunity to present their views on the issue." *See Lipofsky v. New York State Workers Compensation Board*, 861 F.2d 1257, 1259 (11th Cir. 1988).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of June, 2005.

											*[signature]*
											_____
											**THE HON. MARCIA G. COOKE**
											**UNITED STATES DISTRICT JUDGE**

cc:

The Hon. Magistrate Judge Stephen T. Brown

John F. O'Sullivan, Esq.
Fax No.: (305) 374-5095


American Suisse Capital, Ltd. &
American Suisse Capital, Inc.
1414 N.W. 107th Avenue, #406
Miami, FL 33172


400 E. 90th Street, Suite 11 A
New York, NY 10128


5811 S.W. 92nd Court
Miami, FL 33173