UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/BROWN

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

      Plaintiff,

vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

      Defendants.

_____/



NIGHT BOX
FILED
SEP 08 2005
CLARENCE ...
CLERK, USDC / SD/FL / MIA

## MOTION TO SUPPLEMENT RECORD

Plaintiff Algodonera de las Cabezas, S.A., ("Algodonera"), through its undersigned counsel and based upon express instructions received from the clerk of the Eleventh Circuit Court of Appeals, hereby files its motion to supplement the record, and in support thereof, states as follows:

### BACKGROUND

1. On February 28, 2005, after a clerk's default had been entered against Defendants, this Court *sua sponte* dismissed this action on grounds that venue was not proper in the Southern District of Florida because this action could have been brought in New York. Algodonera filed a motion for reconsideration on March 14, 2005, which was denied on June 20, 2005.

2. After Algodonera filed its notice of appeal of the dismissal order, counsel for Algodonera learned that the only known address for the Defendants in New York was false.

{M2299824;1}

Algodonera was contacted by the person currently residing at 400 E. 90th Street, Suite 11 A, New York, NY 10128 and was informed that the Defendants have never occupied this property.[1]

3. Algodonera is not aware of any other address in New York for the Defendants.

4. Algodonera has obtained an affidavit from Jacob Sirotkin of Jordan Cooper & Associates, the management company responsible for this property, declaring that this property has never been leased by the Defendants or leased for commercial purposes.

5. This motion was originally filed in the U.S. Court of Appeals for the Eleventh Circuit. The Clerk of the Court of Appeals informed counsel for Algodonera that the record was not with the Court of Appeals and that this motion would therefore had to be filed in the District Court.

## ARGUMENT

It is well settled that a court can allow supplementation of the record if the additional evidence would aid the appellate court to make an informed decision. Schwartz v. Millon Air, Inc., 341 F.3d 1220, 1225 n.4 (11th Cir. 2003) (citing Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 155 (11th Cir. 1989).

The dismissal of this action was based on the assumption that the Defendants had its principal place of business at 400 E. 90th Street, Suite 11 A, New York, NY 10128. It is now doubtful that the Defendants reside or do business in New York as the District Court assumed. Counsel for Algodonera was recently contacted by the person currently residing at Defendant's last known address in New York (who asked that the numerous mailings related to this action stop being sent there) and was informed that Defendants had never occupied this property.

---

[1] At the time Algodonera filed its complaint it believed Defendants maintained a New York office (in addition to their Miami office) based on Defendants' filings with the New York Secretary of State, and Algodonera alleged as much in the complaint.

Algodonera has obtained an affidavit from the management company responsible for this property declaring that this property has never been leased by the Defendants or leased for commercial purposes. This affidavit will aid the appellate court to make an informed decision on this appeal as it establishes that the dismissal order was based in part on an erroneous factual assumption.

**WHEREFORE,** Plaintiff Algodonera de las Cabezas, S.A. respectfully requests that this Court (1) supplement the record with the Affidavit of Jacob Sirotkin, and (2) act on this motion within the time set for transmittal of the record to the Court of Appeals. A copy of Mr. Sirotkin's Affidavit is attached hereto as Exhibit "A."

Respectfully submitted,

**AKERMAN SENTERFITT**
Attorneys for Appellant
SunTrust International Center
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1704
Phone: (305) 374-5600
Fax No.: (305) 374-5095

By: _____
John F. O'Sullivan, Esq.
Florida Bar No.: 143154
Francisco A. Rodriguez, Esq.
Florida Bar No.: 0653446

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: American Suisse Capital, Ltd. and American Suisse Capital, Inc. at 1414 N.W. 107th Avenue, #406, Miami, Florida 33172; and 5811 S.W. 92nd Court, Miami, Florida 33173 on September 8th, 2005.

_____
Attorney

# EXHIBIT A

## AFFIDAVIT OF JACOB SIROTKIN

STATE OF New York )
) ss:
COUNTY OF New York )

BEFORE ME, the undersigned authority, personally appeared Jacob Sirotkin, who after being duly sworn under oath deposes and declares as follows:

1. I am over 18 years of age and I am competent to testify regarding the matters in this affidavit as of my own personal knowledge.

2. I am a property manager with the firm of Jordan Cooper and Associates.

3. In my capacity as property manager, I am responsible for the management of the unit located at 400 E. 90th Street, Suite 11 A, New York, New York 10128, (the "Unit").

4. The Unit is a residential suite and has never been leased for commercial purposes.

5. American Suisse Capital, Ltd. has never leased the Unit.

8. American Suisse Capital, Inc. has never leased the Unit.

FURTHER AFFIANT SAYETH NOT.

_____
JACOB SIROTKIN

The foregoing instrument was sworn to and subscribed before me this 25 day of August, 2005, by Jacob Sirotkin, who is personally known to me or has produced Drivers licences (type of identification) as identification.

_____
NOTARY PUBLIC
CAROL J. RICHARDS
Notary Public, State of New York
No. 01RI6001682
Qualified in New York County
Commission Expires January 20, 20__

{M2300078;1}