UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

ALGODONERA DE LAS CABEZAS, S.A.
a Spanish corporation,

    Plaintiff,
vs.

AMERICAN SUISSE CAPITAL, LTD.,
a New York corporation; AMERICAN SUISSE
CAPITAL, INC., a New York corporation,

    Defendants.

_____/

### AKERMAN SENTERFITT'S MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR THE PLAINTIFF

The movant, Akerman Senterfitt, attorneys of record for the plaintiff, Algodonera de las Cabezas, S.A., hereby seeks leave of Court to withdraw as attorneys of record and as grounds in support states as follows:

1.    The plaintiff has failed substantially to fulfill an obligation to Akerman Senterfitt regarding Akerman Senterfitt's services and has been given reasonable warning that Akerman Senterfitt will withdraw unless the obligation is fulfilled.

2.    Continued representation of the plaintiff will result in an unreasonable burden upon Akerman Senterfitt.

3.    The address at which undersigned counsel reasonably believe the plaintiff may be served with papers and pleadings is:

Algodonera De Las Cabezas, S.A.
c/o Nicolas Romero Garcia
Carretera Del Cruce, 3, 6

{M2365185;1}

CASE NO.: 04-21809-CIV-COOKE/MCALILEY

Las Cabezas De San Juan
41730 Seville, Spain.

**WHEREFORE**, Akerman Senterfitt respectfully moves the Court for leave to withdraw as attorneys of record for the plaintiff.

Respectfully submitted,

**AKERMAN SENTERFITT**
One Southeast Third Avenue
28th Floor
Miami, FL 33131-1714
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: jmiller@akerman.com

By: _____
JAMES M. MILLER, ESQ.
Florida Bar Number: 201308
FRANCISCO A. RODRIGUEZ, ESQ.
Florida Bar No.: 0653446

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on February 6, 2006 by mail to: American Suisse Capital, Ltd. and American Suisse Capital, Inc. at 1414 N.W. 107th Avenue, #406, Miami, Florida 33172; 400 E. 90th Street, Suite 11 A, New York, New York 10128; and 5811 S.W. 92nd Court, Miami, Florida 33173.

_____
Attorney

{M2365185;1}                                    2