UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 04-CIV-21809-COOKE/BROWN

ALGONDERA DE LAS CABEZAS, S.A.,

    *Plaintiff,*

vs.

AMERICA SUISSE CAPTIAL, LTD.,
A New York corporation and AMERICAN
SUISSE CAPITAL, INC., a New York corporation,

    *Defendants.*

_____/

**CLOSED CIVIL CASE**



FILED by _____ D.C.
MGC
MAY 2 2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### FINAL JUDGMENT

**THIS CAUSE** has been heard and a decision rendered as set forth in the Court's order of February 15, 2006 **[D.E. 35]**. It is therefore,

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant in the amount of $490,000.00.

**DONE AND ORDERED** in chambers in Miami, Florida, this 22 day of May, 2006.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

cc: *All Counsel of Record*